# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Rodney Marshall,

    Petitioner

v.

Brian Williams, et al.,

    Respondents

Case No.: 2:18-cv-00075-JAD-CWH

**Order Extending Time**

[ECF No. 9]

    Counseled petitioner Rodney Marshall has filed an unopposed motion for an extension of time to file an amended petition for a writ of habeas corpus.[1] With good cause appearing, IT IS HEREBY ORDERED that Marshall **has until August 6, 2018, to file an amended petition**.

Dated: June 22, 2018

                                  _____
                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 9.