# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODNEY MARSHALL,

    Petitioner

v.

BRIAN WILLIAMS, et al.,

    Respondents

Case No.: 2:18-cv-00075-JAD-CWH

**Order Extending Time**

**[ECF No. 17]**

Counseled petitioner Rodney Marshall has filed an unopposed motion for an extension of time to file an amended petition for a writ of habeas corpus.[1] With good cause appearing, IT IS HEREBY ORDERED that Marshall has until December 17, 2018, to oppose the respondents' motion to dismiss.

Dated: October 17, 2018

    _____
    U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 17.