# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODNEY MARSHALL,

    Petitioner

v.

BRIAN WILLIAMS, et al.,

    Respondents

Case No.: 2:18-cv-00075-JAD-CWH

**Order Extending Time**

**[ECF No. 19]**

    Counseled petitioner Rodney Marshall has filed an unopposed motion for an extension of time.[1] With good cause appearing, the motion [ECF No. 19] is granted, and Marshall will have until February 15, 2019, to oppose the respondents' motion to dismiss.

    It is so ordered.

Dated: December 13, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 19.