# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RODNEY MARSHALL,

    Petitioner

v.

BRIAN WILLIAMS, et al.,

    Respondents

Case No.: 2:18-cv-00075-JAD-CWH

**Order Extending Time**

**[ECF No. 21]**

Counseled petitioner Rodney Marshall has filed an unopposed motion for an extension of time.[1] With good cause appearing, IT IS HEREBY ORDERED that the motion **[ECF No. 21] is granted, and Marshall's deadline to oppose the motion to dismiss [ECF No. 13] is extended to March 1, 2019.**

Dated: February 19, 2019

                                        U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 21.