# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MARSHALL,<br>　　Petitioner<br>v.<br>BRIAN WILLIAMS, et al.,<br>　　Respondents | Case No.: 2:18-cv-00075-JAD-CWH<br>**Order Extending Time**<br>**[ECF No. 24]** |

Respondents' unopposed motion for enlargement of time [ECF No. 24] is GRANTED. Respondents will have until April 22, 2019, to file a reply to petitioner's opposition to respondents' motion to dismiss.

It is so ordered.

Dated: March 11, 2019

_____
U.S. District Judge Jennifer A. Dorsey