# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MARSHALL,<br><br>   Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>   Respondents. | Case No. 2:18-cv-00075-JAD-DJA<br><br>**Order Extending Time**<br><br>[ECF No. 31] |

  Good cause appearing, IT IS HEREBY ORDERED that petitioner's first unopposed motion for extension of time **[ECF No. 31] is GRANTED**. Petitioner has until January 13, 2020, to file a reply to respondents' answer to the first amended petition for writ of habeas corpus.

  Dated: November 14, 2019.

                _____
                U.S. District Judge Jennifer A. Dorsey